JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Miller,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>James Augustine Desilva;<br>Mary Ellen Desilva;<br>Quest Diagnostics Nichols Institute,<br>a California Corporation; and Does<br>1-10,<br><br>　　　　Defendants. | Case: 5:14-CV-00699-VAP-SP<br><br>**NOTICE OF DISMISSAL &<br>ORDER THEREON** |

## ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: July 10, 2014

*Virginia A. Phillips*

HO[N]
UNITED STATES DISTRICT JUDGE

1

Notice for Dismissal　　Case: 5:14-CV-00699-VAP-SP